PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alejandro Gil                                                             Cr.: 01-CR-00181-002

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 12/17/01

Original Offense: Conspiracy to Possess with Intent to Distribute more than 100 grams of Heroin

Original Sentence: Forty-six (46) months custody; Five (5) years supervised release.

Type of Supervision: Supervised Release                              Date Supervision Commenced: 07/12/04

Assistant U.S. Attorney: Carolyn Murray                              Defense Attorney: Marc Leibman, Esq.(retained)

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | The offender illegally re-entered the United States after being deported on August 18, 2004, as evidenced by his being arrested by the New York City Police Department on August 29, 2006. |
| 2. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On August 29, 2006, the offender was arrested by the New York City Police, and charged with the law violations of possession of a forged instrument, and criminal impersonation. |

3.     The offender his violated the supervision condition which states '**The defendant shall cooperate with Immigration and Customs Enforcement to resolve any problems with his status in the United States. The defendant shall provide truthful information and abide by the rules and regulations of Immigration and Customs Enforcement. If deported, the defendant shall not re-enter the United States without the written permission of the Attorney General. If the defendant re-enters the United States, he shall report in person to the nearest U.S. Probation Office within 48 hours.**'

    The offender was deported by Immigration Authorities on August 19, 2004, and illegally re-entered the United States without the written permission of the Attorney General, nor did he report in person to the nearest U.S. Probation Office within forty-eight (48) hours.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 09/14/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

9-29-06
Date